IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TONYA MELENDEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 03-cv-0462-MJR |
| ) | |
| **WHITE COUNTY JAIL,** ) | |
|   and **BILLY BLAZIER,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

In July 2003, Tonya Melendez filed a § 1983 civil rights suit in this Court, challenging the conditions of her pretrial detention in the White County Jail. Specifically, Melendez claimed that she was harassed and deprived of medication and personal items. The Court dismissed two of four named Defendants (Ralph Hall and Jerry O'Neal) on threshold review in December 2004 and referred the case to United States Magistrate Judge Philip M. Frazier to handle discovery and pretrial motions.

In April 2005, the remaining two Defendants (the Jail and correctional officer Blazier) moved for summary judgment. Magistrate Judge Frazier directed Plaintiff Melendez to file a her response (along with any supporting materials) by June 24, 2005. She failed to do so.

On July 7, 2005, Magistrate Judge Frazier submitted a Report recommending that the undersigned District Judge grant Defendants' summary judgment motion. The Report (Doc. 16) was sent to all parties with a Notice advising them that any objections must be filed by July 27, 2005.

No objections were filed, and the deadline has expired. Pursuant to **28 U.S.C.**

**§ 636(b)**, this Court need not conduct de novo review.  *Thomas v. Arn*, 474 U.S. 140, 159-52 (1985); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the Court **ADOPTS** Magistrate Judge Proud's July 7, 2005 Report and Recommendation (Doc. 16), **GRANTS** Defendants' April 7, 2005 summary judgment motion (Doc. 13), and **DIRECTS** the Clerk of Court to enter judgment in favor of Defendants and against Plaintiff Melendez.

**IT IS SO ORDERED.**

**DATED this 28th day of July, 2005.**

>   **s/ Michael J. Reagan**
>   **MICHAEL J. REAGAN**
>   **United States District Judge**